**FILED**

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

JUL - 7 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Lawrence Dowdell #1039028
Plaintiff's Name and ID Number

Bexar County Jail
Place of Confinement

SA20CA0808 DAE
CASE NO._____
(Clerk will assign the number)

v.

Officer C. Alverez
Defendant's Name and Address 200 North Comal San Antonio TX 78207

Officer S Ruck sert
Defendant's Name and Address 200 North Comal San Antonio TX 78207

SGT Flecher
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
        Plaintiff(s)_____
        Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Bexar County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___ N

Attach a copy of your final step of the grievance procedure with the response supplied by the institution

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Lawrence Dowdell 200 N. Comal San Antonio TX 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address

Defendant #1: Officer C. Alvear 200 North Comal San Antonio 78207 Bexar County Jail,

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. was Punching me while I was hand cuff behind my back Bogus Charges. In Jail 8 months

Defendant #2: Officer S. Ruck 200 North Comal TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. was Punching on me They pepper sprayed me on vedio

Defendant #3: SGT Fleather 200 North Comal TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. wouldn't let me get water told me I was fine I think he hit me couldn't see. 8 months time. lose time

Defendant #4: wouldn't give name

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Phone call Inside Bexar County jail, personal Bandanna. In Jail. 8 months. lost time

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

Law Libary wouldn't give me case #

### V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

on About case # — 2018 August, 17 officer C. Alverez charge Mr Dowdell with a bogus Assault and SGT Fleasher placed Mr Dowdell on Lock-down restriction at Bear County Jail denying medcail After being arrest sert officer S Ruck, and the District Attorney Held Mr Dowdell a total 8 month on About March 31, April 3 Mr Dowdell Attorney Micheal Granados saw what happen on Vedio Mr Dowdell charges was dismissed-with-prejudice out of court Room 144, Officer C. Alverez was punching me while I was Handcuff behind back, a.

### VI. RELIEF: $3,500 for lost time Officer C Alveraz be suspended without PAY. pay for reading glasses.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes $3,500 for lost time. C. Alveraz be Suspended without PAY. pay for reading glasses.

### VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Lawrence Dowdell Spook ███

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
Prison # 255049 M'DOC, Bear county Jail # 1039029

### VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES _X_NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ___YES _X_N

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issue (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: _____
            DATE

*Lawrence Dowdell*
*[signature]*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __Friday 3__ day of __July 20__, 20 _____.
           (Day)                    (month)         (year)

*Lawrence Dowdell*
*[signature]*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Case # 2019CR11283 on about 8-3-2019 DA = Lawrence Dowdell was charged with Robbery also in court room 144 awaiting trail Bogus. lost time unusual-punishment

*Lawrence Dowdell*

Case 2019CR11626 Theft Enhanced count #1, Lost time
Case 2019CR11627 Theft Enhanced count #2, Lost time

On About 10-23-2019 I Lawrence Dowdell was charged with two Theft Enhanced was house in Bexar county jail for six months no evidence bogus charges lost time, was cruel punishment In court 144.

Lawrence Dowdell

On About 5/17/2020 8:30 pm to 11:30 pm SAPD officer S. Lopez #7704 after a call with The District Attorney out of court 144 Lawrence Dowdell

Handwritten on ruled paper (sideways): "SGT Callahan" with signature.