UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAWRENCE DOWDELL, TDCJ #2329595, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-20-CV-00808-DAE |
| CARLOS A. ALVAREZ RODRIGUEZ, ET AL., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of this Court's prior Orders dismissing Plaintiff Lawrence Dowdell's claims against Defendants John Doe and Officer S. Ruck, Bexar County Adult Detention Center, and this Court's Order dismissing Plaintiff Lawrence Dowdell's claims against Defendants Carlos A. Alvarez Rodriguez, Nathaniel Fletcher, and Britney L/N/U, Prosecutor, Bexar County 144th District Court, pursuant to FED. R. CIV. P. 41(b) for failure to provide the Court with his current address, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Lawrence Dowdell's claims against Defendants Carlos A. Alvarez Rodriguez, Nathaniel Fletcher, and Britney L/N/U, Prosecutor, Bexar County 144th District Court, are **DISMISSED WITHOUT PREJUDICE** for failure to provide the Court with a current address. *See* FED. R. CIV. P. 41(b).

**IT IS FURTHER ORDERED** that Plaintiff Lawrence Dowdell's claims against Defendant John Doe are **DISMISSED** based on Plaintiff Lawrence Dowdell's admission that he did not intend to name Defendant John Doe as a defendant in this matter.

**IT IS FURTHER ORDERED** that Plaintiff Lawrence Dowdell's claims against Defendant Officer S. Ruck, Bexar County Adult Detention Center, are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Order to name an appropriate defendant in place of Officer S. Ruck because no such officer exists. *See* FED. R. CIV. P. 41(b).

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

**SIGNED** May 6, 2021.

David A. Ezra
Senior United States District Judge